IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PATRICIA B. BEUM AND
DON J. BEUM, JR.                                                                                    PLAINTIFFS

V.                                                                           CAUSE NO. 1:07CV1137HSO-JMR

SOUTHERN TITLE COMPANY, P.L.L.C.,
JOSEPH KELLY, ALLSTATE INSURANCE
COMPANY AND JAMES W. SMITH d/b/a
JWS, INC.                                                                                             DEFENDANTS

### ORDER TO REMAND CIVIL ACTION TO THE
### CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

BEFORE THE COURT is the Motion [6] of Plaintiffs Patricia B. Beum and Don J. Beum, Jr., to Remand, filed on or about October 22, 2007, in the above captioned cause.  The Court has been informed that any and all claims whatsoever by or through Patricia B. Beum and Don J. Beum, Jr., against Defendants Allstate Insurance Company and James W. Smith d/b/a JWS, Inc., have been fully compromised and settled by agreement of those named parties.  The parties agree that because Plaintiffs' claims against Defendants Allstate Insurance Company and James W. Smith d/b/a JWS, Inc. have been settled and dismissed with prejudice, this Court lacks subject matter jurisdiction over this case.  Therefore, the above captioned cause should be remanded to the state court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the pending Motion [6] to Remand filed by Plaintiffs Patricia B. Beum and Don J. Beum, Jr., on October 22, 2007, is hereby **GRANTED**.

**SO ORDERED AND ADJUDGED** this the 24th day of July, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE